ORIGINAL

REBLUUD_R.gar1

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
MAR 31 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REYNOLD REBLUUD<br>aka RONALD REBLUUD<br>aka REYNOLD REBULD,<br><br>Defendant. | CIVIL CASE NO. 00-00050<br><br>**APPLICATION FOR WRIT<br>OF CONTINUING GARNISHMENT** |

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against the Defendant-Judgment Debtor REYNOLD REBLUUD aka RONALD REBLUUD aka REYNOLD REBULD, social security number XXX-XX-9777, whose last known mailing address is: P.O. Box XXXX, Agat, Guam 96928 (hereinafter "Debtor"), in the above cited action in the principal amount of $15,320.22 plus interest from the date of judgment at the legal rate until paid in full; together with advances, costs and expenses, including $150.00 in filing fees under 28 U.S.C. § 2412(a)(2) and 28 U.S.C. § 1914(a), fees; together with any additional costs as this Court deems just and proper.

//

There is a balance of $17,112.13, as of March 28, 2006. ($16,673.09 principal + $439.04 int. to 03/28/2006).

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days and the Debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property (including nonexempt disposable earnings) in which the Debtor has a substantial nonexempt interest.

The names and address of the Garnishee or his authorized agent is:

Kusakabe Guam Inc.
Attn: Payroll
414 West Soledad Avenue
Suite 500K
Hagåtña, Guam 96910
Telephone No. (671) 477-1327

The United States seeks the sum of 25% of the defendant's non-exempt net disposable earnings to be withheld from the defendant's wages, salary or commissions to be applied toward the judgment.

DATED this **30th** day of **March**, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: *[signature]*
MARIVIC P. DAVID
Assistant U.S. Attorney