ORIGINAL

FILED
DISTRICT COURT OF GUAM
APR -4 2006
MARY L.M. MORAN
CLERK OF COURT

REBLUUD_R.gar3

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>REYNOLD REBLUUD<br>aka RONALD REBLUUD<br>aka REYNOLD REBULD,<br><br>        Defendant,<br><br>KUSAKABE GUAM INC.,<br><br>        Garnishee. | CIVIL CASE NO. 00-00050<br><br>**WRIT OF CONTINUING GARNISHMENT; INSTRUCTIONS TO THE GARNISHEE** |

**WRIT OF CONTINUING GARNISHMENT**

GREETINGS TO:    Kusakabe Guam Inc.
                         Attn: Payroll
                         414 West Soledad Avenue
                         Suite 500K
                         Hagåtña, Guam 96910

    An application for a Writ of Continuing Garnishment against the property of Defendant-Judgment Debtor REYNOLD REBLUUD aka RONALD REBLUUD aka REYNOLD REBULD, Social Security Number XXX-XX-9777, whose last known address is: P.O. Box XXXX, Agat, Guam 96928, (hereinafter "Debtor"), has been filed with this Court. A judgment in a civil case was filed against the Debtor on October 25, 2000 and the amount due totals $17,112.13, as of March 28, 2006. ($16,673.09 principal + $439.04 int. to 03/28/2006).

You are required by law to answer in writing, under oath, and within ten (10), after receipt of this writ, the following information: (1) Whether or not you have in your custody, control or possession, any property or money owned by the Debtor, including nonexempt, disposable earnings; (2) A description of such property and the value of the property; (3) A description of any previous garnishment to which such property is subject and the extent to which any remaining property is not exempt; and (4) The amount of the debt you anticipate owing to the Debtor in the future and whether the period for payment will be weekly or another specified period.

**You are also required by law to withhold and retain any property or money of the defendant you have in your custody, control or possession, including wages, salary or commissions, or if you obtain custody, control or possession until you receive instructions from the Court which will tell you what to do with the property and which will notify you when this Writ is no longer in effect. The United States requests that the sum of 25% of the defendant's monthly non-exempt disposable earnings be withheld from the defendant's earnings.**

You must file the original written answer to this writ within ten (10) days of your receipt of this writ with the United States District Clerk at: U.S. District Court of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam 96910. <u>YOU MUST ANSWER THE WRIT EVEN IF YOU DO NOT HAVE IN YOUR CUSTODY, CONTROL OR POSSESSION ANY PROPERTY OF THE DEFENDANT</u>. Additionally, you are required by law to serve a copy of this answer upon the debtor at: P.O. Box XXXX, Agat, Guam 96928 and upon the United States Attorney at: U.S. Attorney's Office, Attn.: Marivic P. David, Assistant U.S. Attorney, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910-5059.

Under the law, there is property which is exempt from this writ of Garnishment. Property which is exempt and which is not subject to this order is listed on the attached Claim for Exemption form, which the debtor must sign and return if he is claiming any exemptions.

//

- 2 -

Case 1:00-cv-00050   Document 19   Filed 04/04/2006   Page 2 of 10

If you fail to answer this writ or withhold property in accordance with this writ, the United States of America may petition the Court for an order requiring you to appear before the Court to answer the writ and to so withhold the property before the appearance date. If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the Debtor's non-exempt interest in such property (including nonexempt disposable earnings). The Court may also award a reasonable attorney's fee to the United States and against you if the writ is not answered within the time specified herein and if the United States files a petition requiring you to appear. **It is unlawful to pay or deliver to the Debtor any item attached by this writ.**

DATED  APR - 4 2006  , Hagåtña, Guam.

for MARY L. MORAN
Clerk of Court
District Court of Guam

RECEIVED
MAR 3 1 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

TO: Kusakabe Guam Inc.
Attn: Payroll
414 West Soledad Avenue
Suite 500K
Hagåtña, Guam 96910

Please read the following instructions regarding the steps you must take to comply with this Writ. For additional information, you may want to contact your attorney or the attorney for the United States identified in Paragraph 6.

## INSTRUCTIONS TO THE GARNISHEE

1. The name, last known address and Social Security Number of the person who is the defendant in this action and whose property is subject to this Writ is:

> REYNOLD REBLUUD aka RONALD REBLUUD
> aka REYNOLD REBULD
> P.O. Box XXXX
> Agat, Guam 96928
> SSN: XXX-XX-9777

2. This Writ has been issued at the request of the United States of America to enforce the collection of a civil judgment entered in favor of the United States against the defendant. The amount of the judgment as of March 28, 2006 is $17,112.13 ($16,673.09 principal + $439.04 int. to 03/28/2006).

3. If you have in your custody, control or possession any property or money of the defendant, including wages, salary or commissions, or if you obtain custody, control or possession of such property while this Writ is in effect, you must immediately withhold the property from the defendant and retain it in your possession until you receive instructions from the Court which will tell you what to do with the property and which will notify you when this Writ is no longer in effect. The United States requests that the sum of 25% of the defendant's monthly non-exempt disposable earnings be withheld from the defendant's earnings.

4. You are required to answer this Writ within 10 days after the service of the Writ upon you. YOU MUST ANSWER THE WRIT EVEN IF YOU DO NOT HAVE IN YOUR CUSTODY, CONTROL OR POSSESSION ANY PROPERTY OF THE DEFENDANT. Your

Answer must state, under oath, the following information:

    a. whether you have custody, control or possession of money or earnings of the defendant;

    b. a description of the money or earnings and amount;

    c. a description of any other garnishments, suggestions or levies to which the earnings are subject and the extent to which any remaining earnings are exempt from garnishment, suggestion or levy;

    d. the amount of any earnings you anticipate owing the defendant in the future and the date on which payment will be made; and

    e. a description of any earnings you anticipate will come into your custody, control or possession and the dates on which such custody, control, or possession will occur.

    5.    After you complete the answer under oath, you must mail or deliver an answer bearing the **original** signature plus one copy of the person preparing the answer to:

    Clerk, United States District Court of Guam
    4th Floor, U.S. Courthouse
    520 West Soledad Avenue
    Hagåtña, Guam 96910

At the same time you mail or deliver the answer to the Clerk, you must also mail or deliver copies of the answer to:

    Marivic P. David
    Assistant U.S. Attorney
    U.S. Attorney' Office
    Attn: Financial Litigation Unit
    Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
    Hagåtña, Guam 96910-5059

    Reynold Rebluud
    P.O. Box XXXX
    Agat, Guam 96928

//

6. If you have any questions, you should contact your attorney. You may also contact a representative of the United States at the following address and telephone number:

    Marie Chenery
    Financial Litigation Unit
    Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
    Hagåtña, Guam  96910
    (671) 472-7332
    FAX: (671) 472-7215

7. IF YOU FAIL TO ANSWER THIS WRIT OR TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT, THE UNITED STATES MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THIS WRIT AND TO SO WITHHOLD PROPERTY BEFORE THE APPEARANCE DATE.

IF YOU FAIL TO APPEAR, OR YOU APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEBTORS'S NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS).

THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED HEREIN AND IF THE UNITED STATE FILES A PETITION REQUIRING YOU TO APPEAR.

# CLAIM FOR EXEMPTION FORM
## MAJOR EXEMPTIONS UNDER FEDERAL LAW

I claim that the exemption(s) from garnishment which are checked below apply in this case:

____  1.   Social Security benefits and Supplemental Security income (42 U.S.C. § 407).

____  2.   Veterans benefits (38 U.S.C. § 3101).

____  2a.  Members of armed services (10 U.S.C. § 1440, 38 U.S.C § 562).

____  3.   Federal Civil Service Retirement benefits (5 U.S.C. § 8346 and 22 U.S.C. § 4060(c)).

____  4.   Annuities to survivors of federal judges (28 U.S.C. § 376(n)).

____  5.   Longshoremen and Harborworkers Compensation Act (33 U.S.C. § 916).

____  6.   Black lung benefits (30 U.S.C. §§ 931(b)(2)(F) and 932(a)).

____  6a.  Seaman's master's or fisherman's wages, except for child support or spousal support and maintenance (46 U.S.C.A. §§ 1108-1109(a-c)).

Exemptions listed under 1 through 6 above may not be applicable in child support and alimony cases (42 U.S.C. § 659).

____  6b.  Railroad retirement, pension, unemployment benefits (45 U.S.C. §§ 231(m), 352(e).

____  7.   **Bankruptcy Code** (Title 11, United States Code) which generally provides exemptions for:

____  7a.  $18,450.00 of equity in a residence.

| Address of Residence | Fair Market Value | Liens | Equity |
|---|---|---|---|
| _____ | $ _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ | $ _____ |

____  7b.  $2,950.00 of equity in a motor vehicle.

Property Claimed: _____
Fair market Value $_____

____  7c.  $1,225.00 in jewelry.

Property Claimed: _____
Fair market Value $_____

____  7d.  $9,850.00 in personal property. (However, no single item worth more than $475.00 can be claimed as exempt.)

Property Claimed: _____
Fair market Value $_____

- 1 -

____ 7e. Property totalling up to $975.00, plus up to $9,250.00 of any unused amount of the exemption provided in number 7(a) above.

   Property Claimed: _____
   Fair market Value $_____

____ 7f. $1,850.00 of equity in professional books, implements or tools, your trade or you dependent's trade.

   Property Claimed: _____
   Fair market Value $_____

____ 7g. Any unmatured life insurance contract you own, other than credit life insurance.

   Property Claimed: _____
   Fair market Value $_____

____ 7h. The aggregate value, up to $9,850.00, of any accrued dividend or interest under, or loan value of, any unmatured life insurance contract you own, but only if you are the insured or you are a dependant of the insured.

   Property Claimed: _____
   Fair market Value $_____

____ 7i. Professionally prescribed health aids for you or your dependants.

   Property Claimed: _____
   Fair market Value $_____

____ 7j. Unemployment compensation benefits, local public assistance benefits, disability benefits, illness benefits; and alimony, support and separate maintenance, to the extent these items are reasonably necessary for your support or the support of your dependants.

   Property Claimed: _____
   Fair market Value $_____

____ 7k. A payment under a stock bonus, pension, profit-sharing, annuity, or similar plan or contract on account of illness, disability, death, age or length of service, to the extent reasonably necessary for your support or the support of your dependants, subject to the limitations set forth at Title 11 United States Code Section 522(d)(10)(E)(i)-(iii).

   Property Claimed: _____
   Fair market Value $_____

____ 7l. Your right to receive, or property that is traceable to,
   - an award under a crime victim's reparation law;
   - a payment on account of the wrongful death of an individual of whom you were a dependant, but only to the extent of reasonably necessary for your support or the support of your dependants;
   - a payment under a life insurance contract that the insured an individual of whom you were a dependant on the date of the insured's death, but only to the extent reasonably necessary for your support or the support of your dependants;
   - a payment, not to exceed $18,450.00, on account of personal bodily injury suffered by you or by an individual of whom you are a dependant; however, payment for pain and suffering or payment to compensate actual pecuniary loss are not exempt under this paragraph;

- a payment in compensation of loss of your future earnings or the future earnings of an individual of whom you are, or were, a dependant, but only to the extent reasonably necessary for your support or the support of the your dependants.

 Property Claimed: _____
 Fair market Value $_____

NOTE: If you have selected the Bankruptcy Code exemptions (Line 7 above), you may <u>not</u> also claim the exemptions listed below.

### MAJOR EXEMPTIONS UNDER THE TERRITORY OF GUAM

NOTE: If you select the exemptions available under territorial law, the law of the territory or state while you have been domiciled for the greater part of the last 180 days governs your rights.

Relevant Territorial law provisions pursuant to 7 G.C.A. § 21333 allow the following exemptions:

____ 9. **Debtor's Homestead**

| Address of Residence | Fair Market Value | Liens | Equity |
|---|---|---|---|
| _____ | $ _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ | $ _____ |

____ 10. **Personal Property** - Necessary household goods, table and kitchen furniture. Necessary clothing valued at $50.00 and provision for three months. A fishing boat and net valued at $50.00. A cow and its calf, two sows and their suckling pigs, fifteen hens and three roosters; and a one month supply of food for each animal. Articles of religious worship valued at $25.00.

  Property Claimed:    Fair Market Value

  _____  $ _____
  _____  $ _____

____ 11. **Trade/Farming Implements** - Farming utensils valued at $50.00. A beast of burden (e.g., horse, carabao or ox) with one cart together valued at $150.00 used in the ordinary course of business; also one month supply of food for such beast and grain or vegetables for planting or sowing within six months valued at $25.00.

  Property Claimed:    Fair Market Value

  _____  $ _____
  _____  $ _____

____ 12. **Tools of the Trade** = Professional libraries or lawyers, judges, clergyman, doctors and preachers valued at $250.00. Necessary tools of mechanic/artisan valued at $25.00

  Amount Claimed: $ _____

___ 13. **Cemeteries and Burial Funds** - Gravestones

Property Claimed:                    Fair Market Value

_____              $ _____
_____              $ _____
_____              $ _____

___ 14. **Wages/Salary** - Necessary earnings of debtor rendered within thirty days next preceding the levy of execution or attachment.

Amount Claimed: $ _____

___ 15. **Military Equipment** - Arms, uniforms and accouterments for Guam militia.

Property Claimed:                    Fair Market Value

_____              $ _____
_____              $ _____
_____              $ _____

___ 16. **Child Support and Separate Maintenance** - Child support money received.

Amount Claimed: $ _____

___ 17. **Pensions and Retirement Benefits** - Pensions payable by the U. S., Government of Guam, and private retirement plans.

Amount Claimed: $ _____

The statements made in this claim of entitlement to exemptions and the fair market value of the property designated are made and declared under penalty of perjury that they are true and correct.

_____                      _____
Date                                 Signature of Defendant

                                     _____
                                     Defendant's printed or typed name