ORIGINAL

REBLUUD_R.gar7

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM

APR 14 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>vs. )<br>  )<br>REYNOLD REBLUUD )<br>aka RONALD REBLUUD )<br>aka REYNOLD REBULD, )<br>  )<br>Defendant, )<br>_____)<br>  )<br>KUSAKABE GUAM INC., )<br>  )<br>Garnishee. )<br>_____) | CRIMINAL CASE NO. 00-00050<br><br>**CERTIFICATION OF SERVICE** |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed copies of the following: **Application for Writ of Continuing Garnishment, Order Granting Court Approval for the District Court Clerk to Issue a Writ of Continuing Garnishment, Writ of Continuing Garnishment; Instructions to the Garnishee, Notice of Post-Judgment Clerk's Garnishment; Instructions to Defendant-Judgment Debtor and Amended Notice to Defendant-Judgment Debtor on How to Claim Exemptions** were sent to the defendant by certified and regular mail on _April 7, 2006_, at Defendant's last known addresses of P.O. Box XXXX, Agat, Guam 96928 and P.O. Box XXXX, Merizo, Guam 96916.

*Michelle Perez*
MICHELLE PEREZ