1    **REBLUUD_R.gar7**

2    LEONARDO M. RAPADAS
     United States Attorney
3    MARIVIC P. DAVID
     Assistant U.S. Attorney
4    Sirena Plaza, Suite 500
     108 Hernan Cortez Avenue
5    Hagåtña, Guam  96910-5059
     TEL:  (671) 472-7332
6    FAX:  (671) 472-7215

**FILED**
DISTRICT COURT OF GUAM

APR 1 4 2006

MARY L.M. MORAN
CLERK OF COURT

7    Attorney's for United States of America

8                IN THE UNITED STATES DISTRICT COURT

9                   FOR THE DISTRICT OF GUAM

10   UNITED STATES OF AMERICA,        )      CRIMINAL CASE NO. 00-00050
                                      )
11              Plaintiff,            )
                                      )
12         vs.                        )      **CERTIFICATION OF SERVICE**
                                      )      **OF DOCUMENTS ON GARNISHEE**
13   REYNOLD REBLUUD                  )
     aka RONALD REBLUUD               )
14   aka REYNOLD REBULD,              )
                                      )
15              Defendant,            )
                                      )
16   ─────────────────────────────   )
                                      )
17   KUSAKABE GUAM INC.,              )
                                      )
18              Garnishee.            )
     ─────────────────────────────   )

19          The United States of America, the judgment creditor herein, hereby certifies that filed

20   copies of the following: **Application for Writ of Continuing Garnishment, Order Granting**

21   **Court Approval for the District Court Clerk to Issue a Writ of Continuing Garnishment,**

22   **Writ of Continuing Garnishment; Instructions to the Garnishee** and **Amended Notice to**

23   **Defendant-Judgment Debtor on How to Claim Exemptions** were sent to the garnishee by

24   certified mail on *April 7, 2006*              .

25                                  LEONARDO M. RAPADAS
                                    United States Attorney
26                                  Districts of Guam and the NMI

27

28   DATED:  4/12/06            By: _____
                                    MARIVIC P. DAVID
                                    Assistant U.S. Attorney