REBLUUD_R.gar5

FILED
DISTRICT COURT OF GUAM
MAY -2 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 00-00050 |
| Plaintiff, | |
| vs. | **ANSWER OF THE GARNISHEE** |
| REYNOLD REBLUUD<br>aka RONALD REBLUUD<br>aka REYNOLD REBULD, | |
| Defendant, | |
| KUSAKABE GUAM INC., | |
| Garnishee. | |

ANSWER OF THE GARNISHEE

\_\_\_\_Martina E. Ebuen\_\_\_\_, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant-person preparing/signing)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of _____

_____.

(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

| | Yes | No | | |
|--|--|--|--|--|
| | ___ | _x_ | 2. | Are you aware of any other garnishments, suggestions or levies currently in effect. If the answers is yes, please attach to this Answer a copy of each garnishment, suggestion or levy. |
| | ___ | _x_ | 3. | Do you or will you in the foreseeable future, owe the defendant money? If your answer is yes, please provide the amount of money you will owe, the date or dates on which each payment is due, and the reason why you owe or will owe the money to the Defendant: |

| Type of Payment (salary, commission, etc..) | Amount | Date Payment is Due |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |

4. If you currently have in your custody, control or possession property (other than earnings) in the form of savings accounts, pensions, thrift plans, etc., in which the Defendant maintains an interest, for each item of property provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

//
//
//
//
//

| | |
|---|---|
| 1 | IF GARNISHEE IS A CORPORATION: |
| 2 | That he/she is the (State Official Title) _Kusakabe Guam, Inc_____ of Garnishee, |
| 3 | _____ a corporation, organized under the laws of the |
| 4 | Territory of Guam_____. |
| 5 | IF GARNISHEE IS A GOVERNMENT ENTITY: |
| 6 | State name and address of agency, and name and official title of authorized |
| 7 | representative: _____ |
| 8 | _____ |
| 9 | _____ |
| 10 | _____ |

1. On _____, 2004, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above)

Yes   No

___   _x_   Defendant was in my/our employ.

Pay period is weekly ___ , bi-weekly ___, semi-monthly ___, monthly ___.

The Defendant's present pay period began on _____.

(Present means the pay period in which this order and notice of garnishment were served)

The Defendant's present pay period ends on _____

Enter amount of net wages. Calculate below:

(a) Gross Pay                    $_____

(b) Federal income tax           _____

(c) F.I.C.A. income tax          _____

(d) State/Local income tax       _____

Total of tax withholdings        $_____

Net Wages                        $_____ (a less total of b,c,d)

//
//

- 2 -

Case 1:00-cv-00050   Document 26   Filed 05/02/2006   Page 3 of 5

5. For each item of property (other than earnings) which you expect to obtain custody or possession of in the forseeable future, provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest | Date you will obtain property |
|---|---|---|---|
| 1. _____ | _____ | _____ | _____ |
| 2. _____ | _____ | _____ | _____ |
| 3. _____ | _____ | _____ | _____ |
| 4. _____ | _____ | _____ | _____ |

Yes   No

___  _x_  6. Do you make any claim of exemption on the part of Defendant? If yes, please explain the nature and basis of your claim:

_____
_____
_____
_____

Yes   No

___  _x_  7. Do you have any objections to the garnishment of the Defendant? If yes, please explain the nature and basis of your objection:

_____
_____
_____
_____

//
//
//

- 4 -

8. Check the line below if you deny that you hold property subject to this order of garnishment:

      _x_   [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, REYNOLD REBLUUD aka RONALD REBLUUD aka REYNOLD REBULD, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

9. The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, REYNOLD REBLUUD aka RONALD REBLUUD aka REYNOLD REBULD, at P.O. Box XXXX, Agat, Guam 96928 and (2) the attorney for the United States, Marivic P. David, Assistant United States Attorney, U.S. Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910-5059.

                              KUSAKABE GUAM INC.
                              Garnishee

                    By:  Martina E. Ebuen
                             Name of person preparing Answer

The foregoing instrument was acknowledged before me this _____ day of _____, 2006.

                                            Notary Public