ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAY - 9 2006
MARY L.M. MORAN
CLERK OF COURT

REBLUUD_R.wdraw

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>REYNOLD REBLUUD<br>aka RONALD REBLUUD<br>aka REYNOLD REBULD,<br><br>  Defendant,<br><br>KUSAKABE GUAM INC.,<br><br>  Garnishee. | CIVIL CASE NO. 00-00050<br><br>**PETITION TO WITHDRAW WRIT OF CONTINUING GARNISHMENT** |

## PETITION

On or about April 4, 2006, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishees. An Answer from the Garnishee was filed with

//
//
//
//

the Court on May 2, 2006 which stated that Defendant REYNOLD REBLUUD aka RONALD REBLUUD aka REYNOLD REBULD was not in their employ and they were in no manner indebted to defendant. Plaintiff respectfully requests that the Court withdraw the Writ of Continuing Garnishment.

DATED this 9th day of May, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney