Rebluud_R.ord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAY 11 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>          Plaintiff,                )<br>                                    )<br>     v.                             )<br>                                    )<br>REYNOLD REBLUUD                     )<br>aka RONALD REBLUUD                  )<br>aka REYNOLD REBULD,                 )<br>                                    )<br>          Defendant,                )<br>_____)<br>                                    )<br>KUSAKABE GUAM INC.,                 )<br>                                    )<br>          Garnishee.                )<br>_____) | CIVILE CASE NO. 00-00050<br><br>**O R D E R**<br><br>Re: United States Petition to Withdraw<br>   Writ of Continuing Garnishment |

Based upon the Plaintiff's Petition to Withdraw Writ of Continuing Garnishment, the Court hereby finds that for the reasons stated in the Plaintiff's petition, the Writ of Continuing Garnishment is hereby withdrawn.

**SO ORDERED**, this _11_ day of May, 2006.

*[signature]*
JOHN C. COUGHENOUR*
District Judge

---

*The Honorable John C. Coughenour, United States District Judge for the Western District of Washington, by designation.