ORIGINAL

REBLUUD_R.svc

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
MAY 17 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REYNOLD REBLUUD<br>aka RONALD REBLUUD<br>aka REYNOLD REBULD,<br><br>Defendant,<br><br>KUSAKABE GUAM INC.,<br><br>Garnishee. | CIVIL CASE NO. 00-00050<br><br>**CERTIFICATE OF SERVICE** |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed copies of the following: **Petition to Withdraw Writ of Continuing Garnishment** and **Order Re: United States Petition to Withdraw Writ of Continuing Garnishment** were sent to the defendant and garnishee by mail on May 12, 2006.

MICHELLE PEREZ