ORIGINAL

1  **REBLUUD_R.amsvc**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorney's for United States of America

**FILED**

DISTRICT COURT OF GUAM

JUN - 8 2006

MARY L.M. MORAN
CLERK OF COURT

8
            IN THE UNITED STATES DISTRICT COURT
9
               FOR THE DISTRICT OF GUAM
10

11  UNITED STATES OF AMERICA,          )    CIVIL CASE NO.  00-00050
                                       )
12              Plaintiff,             )
                                       )
13         vs.                         )    **AMENDED**
                                       )    **CERTIFICATE OF SERVICE**
14  REYNOLD REBLUUD                    )
    aka RONALD REBLUUD                 )
15  aka REYNOLD REBULD,                )
                                       )
16              Defendant,             )
                                       )
17  _____)
                                       )
18  GUAM CAPITAL INVESTMENT CORP.,     )
                                       )
    Garnishee.                         )
19  _____)

20

21      I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed

22  copies of the following:  **Stipulated Motion for Final Order in Continuing Garnishment** and

23  **Final Order in Continuing Garnishment** were sent to the defendant and garnishee by mail on

24  June 6, 2006.

25

26

27                                          MICHELLE PEREZ

28