ORIGINAL

1  REBLUUD_R.taxgar

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

MAY - 8 2007 ᵖᵇᵃ

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> REYNOLD REBLUUD, ) <br> aka RONALD REBLUUD ) <br> aka REYNOLD REBULD, ) <br> ) <br> Defendant, ) <br> ) <br> DEPARTMENT OF REVENUE ) <br> AND TAXATION, ) <br> GOVERNMENT OF GUAM, ) <br> ) <br> Garnishee. ) | CIVIL CASE NO. 00-00050 <br><br> **STIPULATED MOTION FOR A WRIT OF GARNISHMENT** <br> (TAX YEAR 2004) |

WHEREAS Defendant, REYNOLD REBLUUD aka RONALD REBLUUD aka REYNOLD REBULD, Social Security Number XXX-XX-9777, has requested that any income tax refund including tax year 2004 payable to him from the Department of Revenue and Taxation, Government of Guam, be made payable to the U.S. Department of Justice for payment toward his debt that is due and owing;

//
//

Plaintiff, UNITED STATES OF AMERICA, and Defendant, REYNOLD REBLUUD aka RONALD REBLUUD aka REYNOLD REBULD, hereby jointly move the Court for an order of writ of garnishment on the income tax refund including tax year 2004 account of Defendant, REYNOLD REBLUUD aka RONALD REBLUUD aka REYNOLD REBULD.

Dated: 5-07-07

REYNOLD REBLUUD
aka RONALD REBLUUD
aka REYNOLD REBULD
Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 5/07/07    By:

MARIVIC P. DAVID
Assistant U.S. Attorney