ORIGINAL

REBLUUD_R.ammtngar

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

FILED
DISTRICT COURT OF GUAM
MAY - 8 2007
MARY L.M. MORAN
CLERK OF COURT

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REYNOLD REBLUUD<br>aka RONALD REBLUUD<br>aka REYNOLD REBULD,<br><br>Defendant,<br><br>GUAM CAPITAL INVESTMENT CORP.,<br><br>Garnishee. | CIVIL CASE NO. 00-00050<br><br>**STIPULATED MOTION FOR AN AMENDED FINAL ORDER IN CONTINUING GARNISHMENT** |

The parties, the United States of America, the judgment defendant, and the garnishee, agree and stipulate as follows:

1. The judgment defendant, social security number, and address are:

    REYNOLD REBLUUD
    SSN# XXX-XX-9777
    P.O. Box XXXX
    Agat, Guam 96928

2. A Judgment was entered against the judgment defendant, in this action in the principal amount $15,320.22, plus accrued interest from the date of judgment at the legal rate until paid in full; together with costs, including $150.00 in filing fees under 28 U.S.C. §

| | |
|---|---|
| 1 | 2412(a)(2) and 28 U.S.C. § 1914(a), fees; and for such other and further relief as this Court |
| 2 | deems just and proper.  A balance of $17,180.55 is due and owing as of April 21, 2006. |

3. The garnishee, whose address is Suite 500, GCIC Building, 414 West Soledad Avenue, Hagåtña, Guam 96910, has in its possession, custody or control property of the judgment defendant in the form of wages paid to the judgment defendant, semi-monthly.

4. The judgment defendant waives services of an application for a writ of continuing garnishment pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990 (FDCPA), 28 U.S.C. § 3205, and further waives his right to a hearing under the § 3205 and any other process to which the judgment defendant may be entitled under the FDCPA.

5. The garnishee waives service of an application for a writ of continuing garnishment pursuant to 28 U.S.C. § 3205 and further waives its right to answer and waives being heard in this matter and any other process to which the garnishee may be entitled under the FDCPA.

6. The judgment defendant agrees and stipulates that his wages are subject to garnishment under 28 U.S.C. § 3205 and expressly agrees and stipulates that the entry of a Final Order in Garnishment is proper.

7. The parties therefore agree and stipulate to the entry of a Final Order in Garnishment against the non-exempt wages of the judgment defendant. It is expressly agreed and stipulated to by the parties that the garnishee shall pay to the United States, monthly, the sum of $100.00, which shall be withheld from the wages owed the judgment defendant at $50.00 semi-monthly.

//
//
//
//
//
//
//
//

8. These sums are to be applied upon the judgment rendered in this cause. These payments are to continue until the unpaid balance, plus accruing interest, is fully paid and satisfied and/or defendant is no longer employed with the garnishee.

Checks should be made payable to:

**U.S. DEPARTMENT OF JUSTICE**

and mailed to:

    U.S. Attorney's Office
    Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
    Hagåtña, Guam 96910-5059

9. Nothing in this agreement prevents the plaintiff from pursuing administrative offsets, including those against any state, territorial or Federal tax and the defendant specifically consents to the offset. Any payments applied to this claim as a result of tax return offsets will be credited as a payment to the existing balance and will not be included as part of the periodic payments, nor will it affect the periodic payments.

CONSENTED TO AND RESPECTFULLY SUBMITTED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 5/8/07     By: _____
                                    MARIVIC P. DAVID
                                    Assistant U.S. Attorney

Dated: 5-07-07     _____
                                    REYNOLD REBLUUD
                                    Judgment Defendant

Dated: 5-7-07     By: _____
                                    Steffen Niu
                                    Representative for Garnishee