**REBLUUD_R.taxwrit**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | CIVIL CASE NO. 00-00050 |
| Plaintiff, ) | | |
| vs. ) | | **WRIT OF GARNISHMENT** |
| ) | | (TAX YEAR 2004) |
| REYNOLD REBLUUD ) | | |
| aka RONALD REBLUUD ) | | |
| aka REYNOLD REBULD ) | | |
| Defendant, ) | | |
| DEPARTMENT OF REVENUE ) | | |
| AND TAXATION, ) | | |
| GOVERNMENT OF GUAM, ) | | |
| Garnishee. ) | | |

Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Garnishment on Defendant REYNOLD REBLUUD aka RONALD REBLUUD aka REYNOLD REBULD's income tax refund including tax year 2004.

//

//

//

//

IT IS HEREBY ORDERED that Garnishee place a writ of garnishment on the income tax refund including tax year 2004 account of Reynold Rebluud aka Ronald Rebluud aka Reynold Rebuld, Social Security Number XXX-XX-9777, until further notice.

Checks should be made payable to:

**U.S. DEPARTMENT OF JUSTICE**

and mailed to:

U.S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910

with a reference to court number **CIV 00-00050** to ensure his account is properly credited.

SO ORDERED.

/s/ **Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: May 09, 2007**