**REBLUUD_R.taxwrit2**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> REYNOLD REBLUUD ) <br> aka RONALD REBLUUD ) <br> aka REYNOLD REBULD ) <br> ) <br> Defendant, ) <br> _____) <br> ) <br> DEPARTMENT OF REVENUE ) <br>   AND TAXATION, ) <br> GOVERNMENT OF GUAM, ) <br> ) <br> Garnishee. ) <br> _____) | CIVIL CASE NO. 00-00050 <br><br> **WRIT OF GARNISHMENT** <br> (TAX YEAR 2005) |

Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Garnishment on Defendant REYNOLD REBLUUD aka RONALD REBLUUD aka REYNOLD REBULD's income tax refund including tax year 2005.

//

//

//

//

1    IT IS HEREBY ORDERED that Garnishee place a writ of garnishment on the income tax
2 refund including tax year 2005 account of Reynold Rebluud aka Ronald Rebluud aka Reynold
3 Rebuld, Social Security Number XXX-XX-9777, until further notice.
4    Checks should be made payable to:
5        **U.S. DEPARTMENT OF JUSTICE**
6    and mailed to:
7        U.S. Attorney's Office
         Sirena Plaza, Suite 500
8        108 Hernan Cortez Avenue
         Hagåtña, Guam 96910
9
   with a reference to court number **CIV 00-00050** to ensure his account is properly credited.
10
11    SO ORDERED.

                              /s/ Frances M. Tydingco-Gatewood
                                 Chief Judge
                              Dated: May 10, 2007