**REBLUUD_R.taxwrit3**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,  )<br>  )<br>           vs.  )<br>  )<br>REYNOLD REBLUUD  )<br>aka RONALD REBLUUD  )<br>aka REYNOLD REBULD  )<br>  )<br>           Defendant,  )<br>_____)<br>  )<br>DEPARTMENT OF REVENUE  )<br>  AND TAXATION,  )<br>GOVERNMENT OF GUAM,  )<br>  )<br>           Garnishee.  )<br>_____) | CIVIL CASE NO. 00-00050<br><br>**WRIT OF GARNISHMENT**<br>(TAX YEAR 2006) |

Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Garnishment on Defendant REYNOLD REBLUUD aka RONALD REBLUUD aka REYNOLD REBULD's income tax refund including tax year 2006.

//

//

//

//

IT IS HEREBY ORDERED that Garnishee place a writ of garnishment on the income tax refund including tax year 2006 account of Reynold Rebluud aka Ronald Rebluud aka Reynold Rebuld, Social Security Number XXX-XX-9777, until further notice.

Checks should be made payable to:

**U.S. DEPARTMENT OF JUSTICE**

and mailed to:

U.S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910

with a reference to court number **CIV 00-00050** to ensure his account is properly credited.

SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: May 09, 2007**