**REBLUUD_R.amfingar**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>REYNOLD REBLUUD<br>aka RONALD REBLUUD<br>aka REYNOLD REBULD,<br><br>    Defendant,<br>_____<br><br>GUAM CAPITAL INVESTMENT CORP.,<br><br>    Garnishee.<br>_____ | CIVIL CASE NO. 00-00050<br><br><br><br><br><br>**AMENDED FINAL ORDER IN**<br>**CONTINUING GARNISHMENT** |

<u>FINAL ORDER IN CONTINUING GARNISHMENT</u>

Based upon the parties, the United States of America, the judgment defendant, and the garnishee defendant's Stipulated Motion for an Amended Final Order in Continuing Garnishment,

IT IS THEREFORE ORDERED Garnishee shall pay to plaintiff, monthly, the sum of $100.00, which shall be withheld from the wages owed the judgment defendant at $50.00 semi-monthly. These payments shall continue until the debt to the plaintiff is paid in full or the Garnishee no longer has custody, possession or control of any property belonging to the debtor

or until further Order of this Court.  Payments shall be made payable to the **"U.S. Department of Justice"** and sent to the U.S. Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue,  Hagåtña, Guam 96910.

IT IS FURTHER ORDERED that any amounts which the Garnishee may be holding pursuant to the Stipulated Motion for Final Order in Continuing Garnishment shall immediately be turned over to the U.S. Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue,  Hagåtña, Guam 96910.

SO ORDERED.



**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: May 11, 2007**