ORIGINAL

REBLUUD_R.svc

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAY 15 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REYNOLD REBLUUD<br>aka RONALD REBLUUD<br>aka REYNOLD REBULD,<br><br>Defendant,<br><br>GUAM CAPITAL INVESTMENT CORP.,<br><br>Garnishee. | CIVIL CASE NO. 00-00050<br><br>CERTIFICATE OF SERVICE |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed copy of the **Stipulated Motion for an Amended Final Order in Continuing Garnishment** and an electronically filed copy of the **Amended Final Order in Continuing Garnishment** were sent to the defendant and garnishee by mail on May 15, 2007.

MICHELLE PEREZ