ORIGINAL

REBLUUD_R.svc2

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

**FILED**
DISTRICT COURT OF GUAM
MAY 18 2007
MARY L.M. MORAN
CLERK OF COURT

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>REYNOLD REBLUUD<br>aka RONALD REBLUUD<br>aka REYNOLD REBULD,<br><br>    Defendant,<br><br>DEPARTMENT OF REVENUE<br>   AND TAXATION,<br>GOVERNMENT OF GUAM,<br><br>    Garnishee. | CIVIL CASE NO. 00-00050<br><br><br><br><br>**CERTIFICATE OF SERVICE** |

    I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed copies of the following: **Stipulated Motion for A Writ of Garnishment** (Tax Year 2004), **Stipulated Motion for A Writ of Garnishment** (Tax Year 2005), **Stipulated Motion for A Writ of Garnishment** (Tax Year 2006); and electronically filed copies of the following: **Writ of Garnishment** (Tax Year 2004), **Writ of Garnishment** (Tax Year 2005) and **Writ of Garnishment** (Tax Year 2006), were sent to the defendant and garnishee by mail on May 16, 2007.

*[signature]*
MICHELLE PEREZ