ORIGINAL

FILED

DISTRICT COURT OF GUAM

'JUN 1 2 2007

MARY L.M. MORAN
CLERK OF COURT

1    **REBLUUD_R.aacg**

2    LEONARDO M. RAPADAS
     United States Attorney
3    MARIVIC P. DAVID
     Assistant U.S. Attorney
4    Sirena Plaza, Suite 500
     108 Hernan Cortez Avenue
5    Hagåtña, Guam 96910-5059
     TEL: (671) 472-7332
6    FAX: (671) 472-7215

7    Attorney's for United States of America

8              IN THE UNITED STATES DISTRICT COURT

9                  FOR THE DISTRICT OF GUAM

10   UNITED STATES OF AMERICA,      )    CIVIL CASE NO. 00-00050
                                    )
11              Plaintiff,          )
                                    )
12          vs.                     )    **CERTIFICATE OF SERVICE**
                                    )
13   REYNOLD REBLUUD                )
     aka RONALD REBLUUD             )
14   aka REYNOLD REBULD,            )
                                    )
15              Defendant.          )
                                    )
16   _____       )
                                    )
17   GUAM CAPITAL INVESTMENT CORP., )
                                    )
18              Garnishee.          )
     _____       )

19

20       I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed

21   copy of the following: **Annual Accounting in Garnishment** was sent to the defendant and

22   garnishee by mail on ____June 12, 2007____.

23

24                                  _Michelle Perez_

25                                  MICHELLE PEREZ

26

27

28