ORIGINAL

REBLUUD_R.aacg2

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM

JUL 0 3 2008 RD.

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 00-00050 |
| Plaintiff, | |
| vs. | **ANNUAL ACCOUNTING IN GARNISHMENT** |
| REYNOLD REBLUUD<br>aka RONALD REBLUUD<br>aka REYNOLD REBULD, | |
| Defendant. | |

To: Guam Capital Investment Corp.
Attn.: Payroll
414 West Solidad Avenue
GCIC Building, Suite 500
Hagåtña, Guam 96910

Pursuant to Title 28 U.S.C. § 3205(c)(9)(A), the United States of America submits the following annual accounting of the monies and property received under the Final Order in Continuing Garnishment and the Amended Final Order in Continuing Garnishment filed in the above entitled action.

//

//

//

//

Pursuant to the Final Order in Continuing Garnishment issued on or about June 5, 2006, and the Amended Final Order in Continuing Garnishment issued on or about May 11, 2007, $1,200.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

RESPECTFULLY SUBMITTED this 2nd day of June, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/ Jessica Cruz
JESSICA F. CRUZ
Assistant U.S. Attorney
Jessica.F.Cruz@usdoj.gov
MIKEL W. SCHWAB
Assistant U.S. Attorney
mikel.schwab@usdoj.gov

PAYMENT HISTORY
                        FOR:  1998B20537  (1998Z00012)

DEBTOR: Rebluud, Reynold
COLLECTION TYPE: W
BALANCE AS OF JUNE 5, 2008:    $9,536.18

| DATE RCVD    | FORM | DEPOSIT NBR  | CHECK NBR | PAYMENT AMOUNT |
|--------------|------|--------------|-----------|----------------|
| 20-JUN-2007  | GR   | GU   /07/082 | 7651      | 50.00          |
| 03-JUL-2007  | GR   | GU   /07/087 | 7677      | 50.00          |
| 19-JUL-2007  | GR   | GU   /07/091 | 7715      | 50.00          |
| 03-AUG-2007  | GR   | GU   /07/096 | 7763      | 50.00          |
| 20-AUG-2007  | GR   | GU   /07/102 | 7812      | 50.00          |
| 05-SEP-2007  | GR   | GU   /07/105 | 7844      | 50.00          |
| 19-SEP-2007  | GR   | GU   /07/110 | 7874      | 50.00          |
| 03-OCT-2007  | GR   | GU2008002    | 7918      | 50.00          |
| 19-OCT-2007  | GR   | GU2008008    | 7946      | 50.00          |
| 06-NOV-2007  | GR   | GU2008014    | 7991      | 50.00          |
| 21-NOV-2007  | GR   | GU2008018    | 8046      | 50.00          |
| 06-DEC-2007  | GR   | GU2008022    | 8074      | 50.00          |
| 19-DEC-2007  | GR   | GU2008025    | 8112      | 50.00          |
| 04-JAN-2008  | GR   | GU2008029    | 8172      | 50.00          |
| 22-JAN-2008  | GR   | GU2008033    | 8198      | 50.00          |
| 05-FEB-2008  | GR   | GU2008037    | 8240      | 50.00          |
| 21-FEB-2008  | GR   | GU2008042    | 8271      | 50.00          |
| 07-MAR-2008  | GR   | GU2008046    | 8318      | 50.00          |
| 19-MAR-2008  | GR   | GU2008048    | 8362      | 50.00          |
| 07-APR-2008  | GR   | GU2008054    | 8390      | 50.00          |
| 21-APR-2008  | GR   | GU2008055    | 8442      | 50.00          |
| 05-MAY-2008  | GR   | GU2008058    | 8470      | 50.00          |
| 21-MAY-2008  | GR   | GU2008061    | 8507      | 50.00          |
| 06-JUN-2008  | GR   | GU2008065    | 8552      | 50.00          |

                     TOTAL DOLLAR AMOUNT OF PAYMENTS      **$1,200.00**