ORIGINAL

1 | **REBLUUD_R.taxter**

2 | LEONARDO M. RAPADAS
United States Attorney
3 | JESSICA F. CRUZ
Assistant U.S. Attorney
4 | MIKEL W. SCHWAB
Assistant U.S. Attorney
5 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
6 | Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
7 | FAX: (671) 472-7215

FILED
DISTRICT COURT OF GUAM

JUL 0 3 2008 RD

JEANNE G. QUINATA
Clerk of Court

8 | Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 00-00050 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **MOTION TO TERMINATE WRIT OF GARNISHMENT** (Tax Year 2004) |
| REYNOLD REBLUUD aka RONALD REBLUUD aka REYNOLD REBULD, | ) | |
| Defendant, | ) | |
| DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM, | ) | |
| Garnishee. | ) | |

On or about May 10, 2007, a Writ of Garnishment (Tax Year 2004) directed to Garnishee was duly issued and served upon the Garnishee. On or about June 13, 2007, payment was received.

//

//

//

1  Plaintiff respectfully requests that the Court terminate the Writ of Garnishment (Tax Year 2004)
2  against Defendant REYNOLD REBLUUD aka RONALD REBLUUD aka
3  REYNOLD REBULD.
4      DATED this ___2nd___ day of June, 2008.

                              LEONARDO M. RAPADAS
                              United States Attorney
                              Districts of Guam and the NMI

             By:   */s/ Jessica Cruz*
                      JESSICA F. CRUZ
                      Assistant U.S. Attorney
                      Jessica.F.Cruz@usdoj.gov
                      MIKEL W. SCHWAB
                      Assistant U.S. Attorney
                      mikel.schwab@usdoj.gov