ORIGINAL

1  REBLUUD_R.taxter2

2  LEONARDO M. RAPADAS
   United States Attorney
3  JESSICA F. CRUZ
   Assistant U.S. Attorney
4  MIKEL W. SCHWAB
   Assistant U.S. Attorney
5  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
6  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
7  FAX: (671) 472-7215

8  Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

JUL 0 3 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 00-00050 |
| Plaintiff, ) | |
| vs. ) | **MOTION TO TERMINATE WRIT OF GARNISHMENT** |
| REYNOLD REBLUUD ) aka RONALD REBLUUD ) aka REYNOLD REBULD, ) | (Tax Year 2005) |
| Defendant, ) | |
| DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM, ) | |
| Garnishee. ) | |

On or about May 10, 2007, a Writ of Garnishment (Tax Year 2005) directed to Garnishee was duly issued and served upon the Garnishee. On or about January 25, 2008, payment was received.

//

//

Plaintiff respectfully requests that the Court terminate the Writ of Garnishment (Tax Year 2005) against Defendant REYNOLD REBLUUD aka RONALD REBLUUD aka REYNOLD REBULD.

DATED this 2nd day of June, 2008.

> LEONARDO M. RAPADAS
> United States Attorney
> Districts of Guam and the NMI
>
> By: *Jessica Cruz*
> JESSICA F. CRUZ
> Assistant U.S. Attorney
> Jessica.F.Cruz@usdoj.gov
> MIKEL W. SCHWAB
> Assistant U.S. Attorney
> mikel.schwab@usdoj.gov