ORIGINAL

1  REBLUUD_R.taxter3

2  LEONARDO M. RAPADAS
   United States Attorney
3  JESSICA F. CRUZ
   Assistant U.S. Attorney
4  MIKEL W. SCHWAB
   Assistant U.S. Attorney
5  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
6  Hagåtña, Guam  96910-5059
   TEL:  (671) 472-7332
7  FAX:  (671) 472-7215

8  Attorneys for United States of America

9

**FILED**
DISTRICT COURT OF GUAM

JUL 0 3 2008 RD.

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

10

11

FOR THE DISTRICT OF GUAM

12  UNITED STATES OF AMERICA,                )      CIVIL CASE NO. 00-00050
                                             )
13              Plaintiff,                    )
                                             )
14         vs.                                )      **MOTION TO TERMINATE**
                                             )      **WRIT OF GARNISHMENT**
15                                            )      (Tax Year 2006)
    REYNOLD REBLUUD                           )
16  aka RONALD REBLUUD                        )
    aka REYNOLD REBULD,                       )
17                                            )
                Defendant,                    )
18  _____          )
                                             )
19  DEPARTMENT OF REVENUE                     )
        AND TAXATION,                         )
20  GOVERNMENT OF GUAM,                       )
                                             )
21              Garnishee.                    )
    _____          )

22

23

24         On or about May 10, 2007, a Writ of Garnishment (Tax Year 2006) directed to Garnishee

25  was duly issued and served upon the Garnishee. On or about January 25, 2008, payment was

26  received.

27  //

28  //

1 | Plaintiff respectfully requests that the Court terminate the Writ of Garnishment (Tax Year 2006)

2 | against Defendant REYNOLD REBLUUD aka RONALD REBLUUD aka

3 | REYNOLD REBULD.

4 | DATED this _2nd_ day of June, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
JESSICA F. CRUZ
Assistant U.S. Attorney
Jessica.F.Cruz@usdoj.gov
MIKEL W. SCHWAB
Assistant U.S. Attorney
mikel.schwab@usdoj.gov