LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REYNOLD REBLUUD,<br>aka RONALD REBLUUD<br>aka REYNOLD REBULD,<br><br>    Defendant,<br><br>DEPARTMENT OF REVENUE<br>  AND TAXATION,<br>GOVERNMENT OF GUAM,<br><br>    Garnishee. | CIVIL CASE NO. 00-00050<br><br>**O R D E R**<br><br>Re: United States Motion to Terminate<br>Writ of Garnishment (Tax Year 2005) |

Based upon the Plaintiff's Motion to Terminate Writ of Garnishment (Tax Year 2005), the Court hereby finds that for the reasons stated in the Plaintiff's motion, the Writ of Garnishment (Tax Year 2005) is hereby terminated.

**SO ORDERED.**

                                  **/s/ Frances M. Tydingco-Gatewood**
                                      **Chief Judge**
                                  **Dated: Jul 08, 2008**