ORIGINAL

1  REBLUUD_R.facg

2  LEONARDO M. RAPADAS
   United States Attorney
3  JESSICA F. CRUZ
   Assistant U.S. Attorney
4  MIKEL W. SCHWAB
   Assistant U.S. Attorney
5  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
6  Hagåtña, Guam 96910
   TEL: (671) 472-7332
7  FAX: (671) 472-7215

8  Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
JUL 09 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 00-00050 |
| Plaintiff, ) | |
| vs. ) | **FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT** (Tax Year 2004) |
| REYNOLD REBLUUD, ) aka RONALD REBLUUD ) aka REYNOLD REBULD, ) Defendant, ) | |

### FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

To:  Artemio B. Ilagan, Director
     Department of Revenue & Taxation
     P.O. Box 23607
     GMF, Guam 96921

Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Writ of Garnishment (Tax Year 2004) filed in the above entitled action.

Pursuant to the Writ of Garnishment (Tax Year 2004) issued on or about May 10, 2007, $201.94 has been withheld from the Judgment Debtor and applied to the judgment debt.

//

//

You are notified that you have ten (10) days from the receipt of this final accounting to file a written objection to the accounting and request a hearing in accordance with Title 28, U.S.C. § 3205(c)(9)(B). If you do object, you must state your grounds for objection and send the written objection to the United States District Court of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam and the United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.

RESPECTFULLY SUBMITTED this 2nd day of June, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *Jessica Cruz*
JESSICA F. CRUZ
Assistant U.S. Attorney
Jessica.F.Cruz@usdoj.gov
MIKEL W. SCHWAB
Assistant U.S. Attorney
mikel.schwab@usdoj.gov

PAYMENT HISTORY
FOR: 1998B20537 (1998Z00012)

DEBTOR: Rebluud, Reynold
COLLECTION TYPE: W
BALANCE AS OF JUNE 5, 2008:    $9,536.18

| DATE RCVD | FORM | DEPOSIT NBR | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 08-JUN-2007 | GR | GU /07/079 | 0096932 | $201.94 |
| | | TOTAL DOLLAR AMOUNT OF PAYMENTS: | | **$201.94** |