ORIGINAL

1 REBLUUD_R.aacg2svc

2 LEONARDO M. RAPADAS
United States Attorney
3 JESSICA F. CRUZ
Assistant U.S. Attorney
4 MIKEL W. SCHWAB
Assistant U.S. Attorney
5 Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
6 Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
7 FAX: (671) 472-7215

8 Attorney's for United States of America

9 IN THE UNITED STATES DISTRICT COURT

10 FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>REYNOLD REBLUUD<br>aka RONALD REBLUUD<br>aka REYNOLD REBULD,<br><br>  Defendant,<br>_____<br><br>GUAM CAPITAL INVESTMENT CORP.,<br><br>  Garnishee. | CIVIL CASE NO. 00-00050<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that a filed copy of the **Annual Accounting in Garnishment** was sent to Defendant and garnishee by mail on **July 8, 2008**.

DATED this _____ day of July, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney

flu/mp