ORIGINAL

REYNOLD_R.TaxTerSvc2

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
**DISTRICT COURT OF GUAM**
JUL 17 2008
**JEANNE G. QUINATA**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 00-00050 (99-00157) |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| REYNOLD REBLUUD ) | (TAX YEAR 2005) |
| aka RONALD REBLUUD ) | |
| aka REYNOLD REBULD, ) | |
| Defendant, ) | |
| DEPARTMENT OF REVENUE ) | |
| AND TAXATION, ) | |
| GOVERNMENT OF GUAM, ) | |
| Garnishee. ) | |

I, hereby certify that filed or electronically filed copies of the following: **Motion to Terminate Writ of Garnishment (Tax Year 2005)**, **Order Re: United States Motion to**

//
//
//
//

flu/mp

**Terminate Writ of Garnishment** (Tax Year 2005) and **Final Accounting Upon Termination of Garnishment** (Tax Year 2005) were sent to the defendant and garnishee by mail on July 11, 2008.

DATED this 16th day of July, 2008.

> LEONARDO M. RAPADAS
> United States Attorney
> Districts of Guam and the NMI
>
> By: /s/ Jessica Cruz
> JESSICA F. CRUZ
> Assistant U.S. Attorney
> MIKEL W. SCHWAB
> Assistant U.S. Attorney