ORIGINAL

REYNOLD_R.TaxTerSvc3

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
JUL 17 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 00-00050 (99-00157) |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** (TAX YEAR 2006) |
| REYNOLD REBLUUD aka RONALD REBLUUD aka REYNOLD REBULD, | |
| Defendant, | |
| DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM, | |
| Garnishee. | |

I, hereby certify that filed or electronically filed copies of the following: **Motion to Terminate Writ of Garnishment (Tax Year 2006), Order Re: United States Motion to**

//
//
//
//

flu/mp

**Terminate Writ of Garnishment** (Tax Year 2006) and **Final Accounting Upon Termination of Garnishment** (Tax Year 2006) were sent to the defendant and garnishee by mail on July 11, 2008.

DATED this 16th day of July, 2008.

>LEONARDO M. RAPADAS
>United States Attorney
>Districts of Guam and the NMI
>
>By: /s/ Jessica Cruz
>JESSICA F. CRUZ
>Assistant U.S. Attorney
>MIKEL W. SCHWAB
>Assistant U.S. Attorney